# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DENNIS FORSHAY,

    Plaintiff,

v.

SOUTHERN WINE & SPIRITS OF NEVDA, INC.,

    Defendant.

Case No. 2:10-CV-02131-KJD-PAL

**ORDER**

    Before the Court is Defendant's Motion to Dismiss (#22).  Plaintiff filed an opposition (#23) and Defendant replied (#24).

    Defendant argues that this Court lacks jurisdiction over this employment discrimination action because, *inter alia*, the claims are subject to a binding arbitration provision in a collective bargaining agreement.  Based on the pleadings of the parties, it appears that Plaintiff agrees that the Court lacks subject matter jurisdiction and that the claims between the parties should be resolved at arbitration. (Opp. at 5.)  Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (#22) is **GRANTED**.

    DATED this 4th day of November 2011.

_____
Kent J. Dawson
United States District Judge